STATE v. ALLEN

No. 70A86-5

Case below: Halifax County Superior Court

Defendant's petition for a writ of certiorari was allowed for the limited purpose of remanding for a hearing for reconsideration, in light of *State v. Bates*, 348 N.C. 29, 497 S.E.2d 276 (1998), of the trial court's prior order on defendant's motion for discovery. The hearing having now been conducted and the order of remand fully executed, the petition for writ of certiorari is hereby denied 5 November 1998.

STATE v. ARTIS

No. 316P98

Case below: 129 N.C.App. 648

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

STATE v. BABB

No. 438P98

Case below: 130 N.C.App. 757

Motion by Attorney General to dismiss appeal allowed 3 December 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.